NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WALTER ERNST,                              )
                                           )
      Appellant,                         )
                                           )
v.                                         )          Case No. 2D16-2909
                                           )
STATE OF FLORIDA,                          )
                                           )
      Appellee.                          )
                                           )
_____)

Opinion filed August 24, 2018.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.


PER CURIAM.


      Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.